

# THE THIRTEENTH COURT OF APPEALS

### 13-18-00544-CV

Cameron County Regional Mobility Authority
v.
David Garza and Diane Garza

On Appeal from the
444th District Court of Cameron County, Texas
Trial Cause No. 2015-DCL-05357

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed, rendered in part, and remanded in part for further proceedings.  The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion dismissing appellees' breach of contract claim for want of subject matter jurisdiction and REMANDS the case to the trial court for further proceedings consistent with the Court's opinion.  Costs of the appeal are adjudged against appellees, David Garza and Diane Garza.

We further order this decision certified below for observance.

October 10, 2019